PENNSYLVANIA CHAPTER OF the NATIONAL WILD TURKEY FEDERATION, a non-profit corporation, Appellant,

v.

The COMMONWEALTH of Pennsylvania and the Pennsylvania Game Commission.

Supreme Court of Pennsylvania.

Argued Jan. 26, 1994.

Decided Feb. 15, 1994.

Edward J. Bilik, Greensburg, for Pa. Chapter of the Nat. Wild Turkey Federation.

William R. Pouss, Harrisburg, for Pa. Game Com'n.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

CASTILLE, J., dissents.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.